**Exhibit 1**

List of Service Providers

| ISP |
| --- |
| Comcast Cable |
| RCN Communications |
| Service Provider Corporation |
| Verizon Internet Services |
| XO COMMUNICATIONS |