

# Exhibit 2

## Fwd: Notice of Claim of Copyright Infringement

Tue, Jun 9, 2009 at 12:16 PM

---------- Forwarded message ----------
From: Copyright Notification <notification@copyright.verizon.net>
Date: Fri, 1 May 2009 16:15:47 -0400 (EDT)
Subject: Notice of Claim of Copyright Infringement
To:

Dear Verizon Online Customer:

We are writing to advise you that Verizon recently received a notification from a copyright owner of a possible copyright violation that appears to involve your Verizon Online account (the "Complaint").  The work(s) identified by the copyright owner in its Complaint are listed below.

We are contacting you because our records indicate that the Internet protocol (IP) address provided to us by the copyright owner was assigned to your service on the date and time identified by the copyright owner.  While this activity may have occurred without your permission or knowledge by an unauthorized user, or perhaps by a minor who may not fully understand the copyright laws, as the primary account holder, you are legally responsible for all activity originating from your account.

Copyright work(s) identified in the Complaint:

Copyright infringement level: 1
Notice ID: 17914397
Title: Battlestar Galactica: Razor (TV)
Protocol: BitTorrent
IP Address: 71.96.
DNS: pool-71-96-.dfw.dsl-w.verizon.net
File Name: Battlestar.Galactica.Razor.2007.UNRATED.EXTENDED.DVDRip.XviD-WAT
File Size: 739942648
Timestamp: 04-30-2009 07:25:11 UTC


Copyright infringement is a serious matter that violates U.S. copyright law and subjects infringers to criminal and civil liability.  It also violates our Acceptable Use Policy (http://www2.verizon.net/policies/acceptable_use.asp) and Terms of Service (http://www2.verizon.net/policies/tos.asp).  If you, or someone using your Internet connection, are engaged in the conduct alleged by the copyright owner, we urge you to stop (and ensure that anyone else who might have access to your Internet connection also stops).

Protecting Your Privacy: The copyright owner has not asked Verizon to identify you, and Verizon will NOT provide your identity without a lawful subpoena or other lawful process. However, if the copyright owner does issue a lawful subpoena or other lawful process that seeks

information about your identity or account, Verizon will be legally
required to provide the requested information to the copyright owner.

If you have questions regarding this notice or would like to view
Frequently Asked Questions about copyrights and piracy please visit us
at [www.verizon.net/copyrightfaq](www.verizon.net/copyrightfaq).

We appreciate your cooperation on this matter.

Sincerely,

Verizon Online