# Exhibit 3

List of IP Addresses Identifying the Accounts by Which the Infringement Occurred

| Defendant | Host IP | Date (GMT) | ISP | Listed Location |
|---|---|---|---|---|
| Doe 1 | 74.96.18.154 | 4/19/11 1:26 AM | Verizon Internet Services | District of Columbia |
| Doe 2 | 173.73.127.86 | 4/19/11 2:56 AM | Verizon Internet Services | District of Columbia |
| Doe 3 | 216.15.57.200 | 4/20/11 3:27 AM | RCN Communications | District of Columbia |
| Doe 4 | 208.58.72.177 | 4/21/11 5:24 AM | RCN Communications | District of Columbia |
| Doe 5 | 68.49.116.204 | 4/21/11 6:06 AM | Comcast Cable | District of Columbia |
| Doe 6 | 96.231.123.63 | 4/21/11 2:03 PM | Verizon Internet Services | District of Columbia |
| Doe 7 | 71.251.59.88 | 4/21/11 4:22 PM | Verizon Internet Services | District of Columbia |
| Doe 8 | 71.255.239.237 | 4/28/11 12:30 AM | Verizon Internet Services | District of Columbia |
| Doe 9 | 71.251.54.162 | 5/2/11 1:52 AM | Verizon Internet Services | District of Columbia |
| Doe 10 | 108.28.135.157 | 5/2/11 3:22 AM | Verizon Internet Services | District of Columbia |
| Doe 11 | 69.137.229.204 | 5/8/11 12:27 AM | Comcast Cable | District of Columbia |
| Doe 12 | 207.238.157.250 | 5/13/11 12:41 PM | XO COMMUNICATIONS | District of Columbia |
| Doe 13 | 74.96.17.57 | 5/14/11 1:05 AM | Verizon Internet Services | District of Columbia |
| Doe 14 | 72.83.100.91 | 5/17/11 12:33 AM | Verizon Internet Services | District of Columbia |
| Doe 15 | 72.83.78.106 | 5/17/11 4:03 AM | Verizon Internet Services | District of Columbia |
| Doe 16 | 68.48.156.126 | 5/18/11 12:20 AM | Comcast Cable | District of Columbia |
| Doe 17 | 68.50.131.139 | 5/18/11 1:02 AM | Comcast Cable | District of Columbia |
| Doe 18 | 71.178.58.18 | 5/18/11 11:13 PM | Verizon Internet Services | District of Columbia |
| Doe 19 | 72.83.97.253 | 5/19/11 6:21 AM | Verizon Internet Services | District of Columbia |
| Doe 20 | 63.125.113.34 | 5/19/11 11:26 PM | Verizon Internet Services | District of Columbia |
| Doe 21 | 98.218.94.189 | 5/20/11 7:58 AM | Comcast Cable | District of Columbia |
| Doe 22 | 68.55.188.233 | 5/20/11 9:04 AM | Comcast Cable | District of Columbia |
| Doe 23 | 74.96.14.245 | 5/24/11 2:28 AM | Verizon Internet Services | District of Columbia |
| Doe 24 | 69.255.217.121 | 5/25/11 8:28 AM | Comcast Cable | District of Columbia |
| Doe 25 | 98.218.245.47 | 6/15/11 5:01 AM | Comcast Cable | District of Columbia |
| Doe 26 | 76.114.169.157 | 6/15/11 10:13 AM | Comcast Cable | District of Columbia |
| Doe 27 | 68.49.202.210 | 6/15/11 11:55 AM | Comcast Cable | District of Columbia |
| Doe 28 | 98.204.35.107 | 6/15/11 2:56 PM | Comcast Cable | District of Columbia |
| Doe 29 | 74.96.25.223 | 6/15/11 10:13 PM | Verizon Internet Services | District of Columbia |
| Doe 30 | 68.33.20.108 | 6/17/11 4:06 AM | Comcast Cable | District of Columbia |
| Doe 31 | 68.49.116.171 | 6/25/11 3:52 AM | Comcast Cable | District of Columbia |
| Doe 32 | 138.88.40.198 | 6/26/11 6:48 PM | Verizon Internet Services | District of Columbia |
| Doe 33 | 68.48.151.23 | 6/26/11 8:25 PM | Comcast Cable | District of Columbia |
| Doe 34 | 68.49.117.20 | 6/28/11 11:36 AM | Comcast Cable | District of Columbia |
| Doe 35 | 68.49.117.90 | 6/30/11 8:55 PM | Comcast Cable | District of Columbia |
| Doe 36 | 138.88.9.113 | 7/1/11 10:18 PM | Verizon Internet Services | District of Columbia |
| Doe 37 | 76.111.31.133 | 7/2/11 1:20 PM | Comcast Cable | District of Columbia |

| | | | | |
|---|---|---|---|---|
| Doe 38 | 208.58.72.165 | 7/2/11 7:39 PM | RCN Communications | District of Columbia |
| Doe 39 | 98.218.236.72 | 7/2/11 10:53 PM | Comcast Cable | District of Columbia |
| Doe 40 | 68.48.189.135 | 7/3/11 3:43 AM | Comcast Cable | District of Columbia |
| Doe 41 | 74.96.27.94 | 7/7/11 12:05 AM | Verizon Internet Services | District of Columbia |
| Doe 42 | 96.231.228.217 | 7/7/11 3:00 AM | Verizon Internet Services | District of Columbia |
| Doe 43 | 138.88.146.94 | 7/7/11 11:45 PM | Verizon Internet Services | District of Columbia |
| Doe 44 | 68.33.117.69 | 7/8/11 12:03 AM | Comcast Cable | District of Columbia |
| Doe 45 | 198.228.193.171 | 7/8/11 1:40 AM | Service Provider Corporation | District of Columbia |
| Doe 46 | 98.218.79.186 | 7/8/11 1:52 AM | Comcast Cable | District of Columbia |
| Doe 47 | 138.88.139.79 | 7/10/11 7:06 PM | Verizon Internet Services | District of Columbia |