IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE PICTURES, LLC. <br> A CALIFORNIA COMPANY, <br> 6223 FRANKLIN AVE., #308, <br> LOS ANGELES, CA  90028 <br><br> PLAINTIFF, <br><br> VS. <br><br> GROUP OF PARTICIPANTS IN FILESHARING SWARM IDENTIFIED BY HASH:  43F4CFD05C115EE5887F680B0-CA73B1BA18B434A <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § | C.A. NO.: 1:11-cv-01968-JEB-JMF |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO TAKE EXPEDITED DISCOVERY**

The Court has read all the papers filed in connection with the Plaintiff's Motion for Leave to Take Expedited Discovery ("Motion"), and considered the issues raised therein, including the unique aspects of BitTorrent infringement.

ORDERED that Plaintiff's Motion for Leave to Take Expedited Discovery is granted.

ORDERED that Plaintiff is allowed to serve immediate discovery on the internet service providers included in Exhibit 1 of this Order to obtain the identity of each account holder by which each defendant accessed the internet to infringe Plaintiff's copyrights.  Such discovery shall occur by serving each affected internet service provider a Rule 45 subpoena that seeks information sufficient to identify each listed account holder, including name, current (and permanent) addresses, telephone numbers, email addresses, and Media Access Control addresses; it is further

ORDERED that the Plaintiff may serve immediate discovery on any service provider identified by the same means detailed in the Motion, or identified as providing internet access to one

or more defendants, by a provider upon whom a Rule 45 subpoena is served, for which an infringing download has been identified by individual IP address together with the date and time the infringing activity through that IP address occurred. Such Rule 45 subpoena shall seek information sufficient to identify each defendant, including his or her name, address, telephone number, e-mail address, and Media Access Control Address.

ORDERED that Plaintiff is allowed to serve a Rule 45 subpoena in the same manner as above to any service provider that is identified in response to a subpoena as a provider of internet services to one of the listed account holders; it is further

ORDERED that any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint; it is further

ORDERED that service may be made on the internet service provider's Agent to Receive Notification of Claims of Infringement on file with the U.S. Copyright Office or any agent designated in a subpoena compliance information page on that service provider's website; it is further

ORDERED that any service provider that receives a subpoena shall provide Plaintiff with the requested records in a timely manner and shall not assess production fees, if any, to Plaintiff until delivery of said records; it is further

ORDERED that if the number of records requested in a single subpoena exceeds one-hundred, the service provider must nonetheless begin production of such records within two months of service of the subpoena and must continue producing the records in monthly batches over a period of months, as needed, with the final batch to be delivered not more than six months from the date of service of the subpoena; it is further

ORDERED that any service provider demanding fees for production of records shall assess a reduced fee, if any, for IP addresses for which the service provider does not have records or for multiple IP addresses in the subpoena that resolve to the same individual; and it is further

ORDERED that any service provider which receives a subpoena and elects to charge for the costs of production shall provide a billing summary and any cost reports that serve as a basis for such billing summary and any costs claimed by such provider; it is further

ORDERED that the service provider shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; and it is further

ORDERED that Plaintiff shall provide each service provider with a copy of this Order.


Dated:_____          _____
                                            AMY JACKSON
                                            United States District Judge

# Exhibit 1

List of Service Providers

| ISP |
| --- |
| Comcast Cable |
| RCN Communications |
| Service Provider Corporation |
| Verizon Internet Services |
| XO COMMUNICATIONS |