UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WELL GO USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1946 (ABJ) |
| | ) | |
| UNKNOWN PARTICIPANTS IN FILESHARING SWARM IDENTIFIED BY HASH: B7FEC872874DOCC9B-1372ECE5ED07AD7420A3BBB, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered plaintiff's motion for leave to take discovery prior to the Rule 26(f) Conference ("Motion") as to eleven of the defendants, and it appearing to the Court that there is good cause to grant the relief requested therein based upon plaintiff's necessity to serve subpoenas upon Internet Service Providers to ascertain the identity of the specified eleven defendants, it is:

**ORDERED** that plaintiff's motion is granted as to the forty-seven defendants that appear to be located in the District of Columbia identified by their respective IP Addresses in Ex. 3 to the Motion.

**ORDERED** that plaintiff is allowed to conduct immediate discovery on the Internet Service Providers listed in Exhibit 1 to the Motion with a subpoena under Fed. R. Civ. P. 45 seeking information sufficient to identify the specified Doe defendant, including name, current and permanent address, e-mail address, and Media Access Control ("MAC") address.

**ORDERED** that plaintiff may serve a Rule 45 subpoena also upon any intermediary Internet Service Provider that may be identified in response to a subpoena as providing internet services to one or more of the Doe defendants.

**ORDERED** that plaintiff cover any costs that the Internet Service Providers charge for researching the Doe defendants.

**ORDERED** that if and when an Internet Service Provider is served with a subpoena, the Provider shall give written notice, which may include e-mail notice, to any affected subscribers, and such notice shall inform the subscribers of their right to challenge the subpoena in this Court.

**ORDERED** that if the Internet Service Provider and/or any defendant wishes to move to modify or quash a subpoena, such party must do so before the return date of the subpoena, which shall be forty-five (45) days from the date of service.

**ORDERED** that the Internet Service Provider shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash.

It is further **ORDERED** that plaintiff shall provide each subpoenaed Internet Service provider with a copy of this Order.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: January 20, 2012